United States District Court
Southern District of Texas

**ENTERED**

March 17, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ENRIQUE GONZALEZ VILLA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00408 |
| | § | |
| PERRY GARCIA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Perry Garcia, Warden of the La Salle County Regional Detention Center, as the Respondent.

Based upon a review of the Petition, the Court **ORDERS** Respondent to file a response to the petition and serve their response on Petitioner **no later than March 23, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than March 30, 2026**.[1]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), and its attachments, on the United States Attorney for the Southern District of Texas and Perry Garcia, Warden of the La Salle County Regional Detention Center, via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service.

- The United States Attorney for the Southern District of Texas may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002.

- Respondent Warden or his designee may be served at La Salle County Detention Center, 832 East Texas Highway 44, Encinal, TX 78019.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov to provide notice of this action.

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Respondent will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to her address on file with the Court, La Salle County Detention Center, 832 East Texas Highway 44, Encinal, TX 78019.

Additionally, Respondent is **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on March 17, 2026.

John A. Kazen
United States District Judge